

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-15-00414-CV

IN RE STEVE FIELDER, RELATOR

OPINION DISMISSING ORIGINAL PROCEEDING

November 19, 2015

## MEMORANDUM OPINION

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Relator, Steve Fielder, filed an application for a writ of mandamus in the above-referenced cause without paying the requisite filing fee. By letter dated November 4, 2015, this court directed Fielder to pay the filing fee or file an affidavit of indigence, and if indigent, to comply with Chapter 14 of the Texas Civil Practice and Remedies Code. Fielder was also informed that the proceeding would be dismissed if he did not comply. TEX. R. APP. P. 42.3(c). The fee has not been paid to date, nor has Fielder filed an affidavit of indigency or sought leave to proceed without the payment of fees.

Because Fielder has failed to pay the requisite filing fee as directed by the court, we dismiss the proceeding pursuant to Texas Rule of Appellate Procedure 42.3(c).

Per Curiam